DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN JAIMES-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>  v.<br><br>JUAN JAIMES-GARCIA,<br><br>        *Defendant.* | No. 1:09-cr-0234 LJO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:   October 30, 2009<br>Time:   9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 2, 2009, **may be continued to October 30, 2009 at 9:00 A.M.**

This continuance is at the request of counsel for defendant to allow defendant time to review the government's proposed plea agreement offer which was received by counsel September 28, 2009, and to permit plea negotiations between the parties with the intention of conserving time and resources for both parties and the court.

///

///

////

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for effective defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE BROWN
United States Attorney

DATED: September 30, 2009         /s/ Ian Garriques
                                  IAN GARRIQUES
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


                                  DANIEL J. BRODERICK
                                  Federal Defender


DATED: September 30, 2009         /s/ Peggy Sasso
                                  PEGGY SASSO
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  Juan Jaimes-Garcia



While good cause exists for Def's delay, and the Court grants THEIR request, the Court ORDERS the Govt to provide a declaration to justify the delay in providing the plea offer in a timely fashion, based on the amount of time requested and granted for the last continuance.  The declaration is due within two court days.

IT IS SO ORDERED.

**Dated:   September 30, 2009**         /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE